UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

TYRONE FERGUSON, SR.,

    Plaintiff,

v.                                         Case No. 17-cv-198-pp

NISSEN STAFFING CONTINUUM, INC.,
and BUYSEASONS, INC.,

    Defendants.

---

**ORDER DISMISSING CASE FOR LACK OF DILIGENCE**

---

On March 27, 2018, the court issued an order granting the defendants' motions to dismiss and requiring the plaintiff to file an amended complaint on his claims of racial and age discrimination by Friday, April 27, 2018. Dkt. No. 28. The court warned the plaintiff that the case would be dismissed for failure to diligently prosecute if he did not file the amended complaint. Id. at 17. Because the plaintiff did not comply with the court's order, the court will dismiss the case for lack of diligence under Civil Local Rule 41(c) (E.D. Wis.).

The court **ORDERS** this case is **DISMISSED** for lack of diligence under Civil Local Rule 41(c) (E.D. Wis.).

Dated in Milwaukee, Wisconsin this 30th day of April, 2018.

                                              **BY THE COURT:**

                                              _____
                                              **HON. PAMELA PEPPER**
                                              **United States District Judge**